<hr />

## THE STATE V. RODERICA AND ANOTHER.

Indictment charged two persons with playing at a game with cards at a public place, and at the same time, but failed to allege that they played *together*. *Held*, on the authority of adjudicated cases, that the indictment was insufficient ; though, if the question was an open one, this court inclines to the contrary opinion.

APPEAL from Caldwell. Tried below before the Hon. Henry Maney.

The opinion indicates the case.

*Wm. Alexander, Attorney General*, for the State.

*J. H. Burts*, for the appellees.

WALKER, J.—The indictment in this case charges that one Wilson and Roderica played at a game with cards, without alleging that they played together. We confess, that were this an open question in this State, we should strongly incline to hold the indictment good.

When two persons go at the same time and to the same place, and play, the presumption seems to be very strong that they played together. But in the case of Lewellin v. The State, 18 Texas, 538, such an indict-

ment was held bad, and this authority is recognized in Parker v. The State, 26 Texas, 206. Out of respect to these authorities, the judgment of the district court is affirmed.

AFFIRMED.